**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1615**

_____

TAIMING ZHANG,

        Plaintiff - Appellant,

     v.

ANDREW JOSEPH BONOMOLO,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:23-cv-00627-CCE-JEP)

_____

Submitted:  October 8, 2024                    Decided:  October 18, 2024

_____

Before GREGORY and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Taiming Zhang, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taiming Zhang appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Zhang's civil action for lack of personal jurisdiction based on insufficient service of process. We have reviewed the record and find no reversible error. However, a dismissal for lack of personal jurisdiction must be without prejudice. *Atkisson v. Holder*, 925 F.3d 606, 628 (4th Cir. 2019). We therefore modify the dismissal order, *Zhang v. Bonomolo*, No. 1:23-cv-00627-CCE-JEP (M.D.N.C. June 24, 2024), to reflect dismissal without prejudice for lack of jurisdiction, and affirm as modified, 28 U.S.C. § 2106. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*